UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Michael J. Normoyle  
    Maureen S. Normolye  
              Debtors

Case No. 11-18752  
Chapter 13  
Judge: Hon. Donald R. Cassling

_____/

Potestivo & Associates, P.C.  
Keith H. Werwas (ARDC#6291042)  
Kimberly J. Goodell (ARDC#6305436)  
Ashley K. Rasmussen (ARDC#6308095)  
Caleb J. Halberg (ARDC#6306089)  
223 W. Jackson Blvd., Suite 610  
Chicago, Illinois 60606  
chalberg@potestivolaw.com  
Telephone: (312) 263-0003  
Main Fax: (312) 263-0002  
Cook County Firm ID #: 43932  
DuPage County Firm ID #: 223623  
Attorneys for Ocwen Loan Servicing, LLC  
Our File No. 100539

Ryan Keenan  
Keenan Law Offices, P. C.  
405 Ewing Drive  
Pleasanton, CA 94566  
(630)318-0060  
ryan@keenanlawofficespc.com

_____/

### AGREED ORDER FOR THE REAL PROPERTY LOCATED AT 1716 NEWBRIDGE CIRCLE, ELGIN, ILLINOIS 60123

This matter came to be heard upon the agreement of the Debtors and Ocwen Loan Servicing, LLC ("Creditor").

**IT IS HEREBY AGREED** that the Debtors shall cure the delinquency for the June 2016 through September 2016 monthly mortgage payments totaling $4669.26 by making six (6) installment payments in the amount of $788.21, in addition to making the regular ongoing monthly mortgage payment. Debtors shall send funds to be received by Creditor by the 25th of each month at the address of Ocwen Loan Servicing, LLC, Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 3409. Failure by the Debtors to make any

monthly installment when due, in addition to the ongoing mortgage payment, shall constitute a default.

    **IT IS HEREBY ORDERED** that the Debtors shall make all future monthly mortgage payments when due. Failure by the Debtors to make any future monthly mortgage payment when due shall constitute a default.

    **IT IS HEREBY ORDERED** that the Debtors' discharge pursuant to Section 1328 of the Bankruptcy Code shall not be entered until the post-petition delinquency is cured pursuant to the terms of this Agreed Order.

Date:_____

_____
JUDGE Donald R. Cassling

_/s/_____
Potestivo & Associates, P.C.
Caleb J. Halberg (ARDC# 6306089)
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
Chicago, Illinois 60606
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No. 100539

_____
Ryan Keenan
Keenan Law Offices, P.C.
405 Ewingi Drive
Pleasanton, CA 94566
(630) 318-0060
ryan@keenanlawofficespc.com